Amended

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUN 12  AM 9: 22

CLERK'S OFFICE
AT BALTIMORE

BY ____ KLO ____

Ngozi Ibewuike
1114 Oak Tree Dr
Havre De Grace MD 21078

(Full name and address of the plaintiff)
Plaintiff(s)

vs.

The Johns Hopkins Hospital
600 N. Wolfe Street
Baltimore, MD 20287

(Full name and address of the defendant(s))
Defendant(s)

Civil No.: 15 CV 1630
(Leave blank. To be filled in by Court.)

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☒ Other (explain) Count VII FMLA Interference and retaliation
   53: Plaintiff incorporates all the allegations above.

2. The facts of this case are:

54: Plaintiff is also alleging ~~all the~~ a claim of interference and retaliation as in the FMLA and Maryland FMLA when the employer interfered with my request for FMLA leave and retaliated against me by terminating me.

Count VIII ADA Administration, Retaliation and failure to Accomodate

55: Plaintiff re incorporates all the allegation above

56: I am also alleging a claim of disability discrimination, retaliation and failure to accomodate in this case, when the employer failed to give me light duty (failure to accomodate); retaliated against me by by terminating me and also discriminating against me because of my disability.

3. The relief I want the court to order is:

☒ Damages in the amount of: $5,000,000.00

☒ An injunction ordering: That I get my job back as Registered nurse, with back pay.

☒ Other (explain) That the two individuals who represented JHH wrongly be terminated - ie Jan and Janice.

___6/12/15___  
(Date)

_____(Signature)_____

Ngozi Ibewuike  
443-850-2500

(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.