```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

NGOZI B. IBEWUIKE              *
                               *
v.                             *    Civil Action No. WMN-15-1630
                               *
THE JOHNS HOPKINS HOSPITAL     *

   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

In accordance with the foregoing Memorandum, and for the reasons stated therein, IT IS this 17th day of May, 2017, by the United States District Court for the District of Maryland, ORDERED:

(1) That Defendant's Motion for Summary Judgment, ECF No. 25, is GRANTED;

(2) That Summary Judgment is ENTERED in favor of Defendant and against Plaintiff and this case is CLOSED;

(3) That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

(4) That the Clerk of the Court shall transmit a copy of this Memorandum and Order to all counsel of record.

```
                         _____/s/_____
                         William M. Nickerson
                         Senior United States District Judge
```